IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

ARVEY PROPERTIES, LLC,

    Plaintiff,

vs.

SCOTTSDALE INSURANCE COMPANY,

    Defendant.

_____/

### PETITION FOR REMOVAL

TO:    The Honorable Judges of the United States District Court
        for the Southern District of Florida

Defendant, SCOTTSDALE INSURANCE COMPANY ("Scottsdale"), hereby Petitions for Removal of the above-styled action from the Circuit Court of the Eleventh Circuit, in and for Miami-Dade County, Florida, to this Court. Removal is proper on the following grounds:

1.    Plaintiff, ARVEY PROPERTIES, LLC, commenced a civil action in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, styled *Arvey Properties, LLC v. Scottsdale Insurance Company,* Case No.: 2022-017444-CA-01. (*See* Notice of Service of Process and Summons attached hereto as **Exhibit A**.)

2.    The Complaint in this case was served on Scottsdale on October 28, 2022. (*See* Plaintiff's Complaint, attached hereto as **Exhibit B**.)

3.    The Plaintiff's Complaint alleges, on or about September 10, 2017, the Plaintiff's property sustained a covered loss as a result of Hurricane Irma. It alleges coverage for the damages falls within the benefits entitled to under the Plaintiff's Policy. (See Complaint ¶5 and 6).

4. The Complaint does not specifically allege an amount in controversy and instead simply alleges, "[t]his is an action for damages in an amount that exceeds Thirty Thousand 00/100 Dollars ($30,000.00) exclusive of interest, costs and attorney's fees, for which this Court has jurisdiction." (*See* Plaintiff's Complaint ¶1).

5. On November 17, 2022, the Plaintiff provided an estimate for the damages being claimed in the amount of $417,141.42 (*See* Vanguard Public Adjusters estimate attached hereto as **Exhibit C**.)

6. It is now clear, Plaintiff is seeking damages in excess of the $75,000.00, the amount in controversy required for diversity jurisdiction.

7. The Plaintiff is a Limited Liability Company with home office and principal place of business located in Miami, Miami-Dade County, Florida. In addition, Gerardo Capo, Jr., the Manager and sole Member of the Limited Liability Company is a permanent resident and citizen of Miami, Miami-Dade County. Accordingly, the Plaintiff is a citizen of the State of Florida and domiciled in Miami, Florida, at all times material to the action.

8. At the time of the filing of the Complaint and Notice of Removal and at all times material hereto, Scottsdale is an insurance company organized and existing under the laws of the State of Arizona with its principal office located in Scottsdale, Arizona. Scottsdale is a foreign corporation.

9. Removal of this action is proper under 28 U.S.C. § 1332, which allows for District Court jurisdiction over, "all civil actions where the matter in controversy exceeds the sum or value of $75,000.00," and is between citizens of different States. 28 U.S.C. § 1332, 1441 and 1446, *et seq*.

10. Venue is proper in this Court under 28 U.S.C. § 1332.

11. Given the aforementioned, Scottsdale asserts the amount in controversy in this matter exceeds the jurisdictional minimum, exclusive of interest and costs, pursuant to the estimate and proposals produced on Plaintiff's behalf. *See Logsdon v. Duron, Inc.,* Case No.: 3:05cv243J-16HTS, 2005 WL 1163095, at *2 (M.D. Fla. May 17, 2005) (holding that a removing defendant need only show that the amount in controversy will "more likely than not" be satisfied when a plaintiff does not claim a specific amount of damages).

12. Scottsdale has filed its Petition for Removal within 30 days of receiving service of the Complaint. Thus, Scottsdale has timely filed the instant Petition for Removal.

13. Following the filing of this Petition with this Court, written notice of the filing of same will be provided to the attorney for Plaintiff, as required by law.

14. Following the filing of this Petition with this Court, a true and accurate copy of the same will be filed with the Clerk of Court of the Eleventh Judicial Circuit in and for Miami-Dade, County Florida, as required by law.

15. Pursuant to 28 U.S.C. § 1446(a), Scottsdale simultaneously files a true and legible copy of important process, pleadings, and orders on file in the state court with this Petition for Removal.

WHEREFORE, SCOTTSDALE INSURANCE COMPANY, respectfully requests that the above-styled action be removed to the United States District Court for the Southern District of Florida.

**Dated: November 23, 2022**

Respectfully Submitted,

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN, P.C.**

| | | |
|---|---|---|
| By | : | **/s/ Michael A Packer** |
| | | Michael A. Packer |
| | | Florida Bar No.: 121479 |
| Primary | : | mapacker@mdwcg.com |
| | | Seth B. Altman |
| | | Florida Bar No.: 118061 |
| | | sbaltman@mdwcg.com |
| Secondary | : | mmalvarez@mdwcg.com |
| | | pamacedo@mdwcg.com |
| | | pleadingsftl@mdwcg.com |
| | | 2400 E. Commercial Blvd, Suite 1100 |
| | | Ft. Lauderdale, FL 33308 |
| | | Phone: 954-847-4920 |
| Attorneys For | : | *SCOTTSDALE INSURANCE COMPANY* |

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true copy of the foregoing **Petition for Removal** was sent by electronic mail this **23rd day of November 2022**, to Rosendo A. Forns, Esq., Baket & Forns, PLLC, 5975 Sunset Drive, Suite 604, Miami, FL 33143; RFservice@BF.legal; service@BF.legal.

/s/ Michael A. Packer
Michael A. Packer

MAP/ma

LEGAL/149916755.v1