IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA MIAMI DIVISION

CASE NO.: 22-23860-CIV-SCOLA/GOODMAN

ARVEY PROPERTIES, INC,

    Plaintiffs,

vs.

SCOTTSDALE INSURANCE COMPANY,

    Defendant.
_____/

## JOINT STIPULATION TO NOTICE OF SETTLEMENT

Plaintiff, ARVEY PROPERTIES, LLC, and Defendant, SCOTTSDALE INSURANCE COMPANY, hereby jointly notify this Court that they have reached a negotiated resolution of the above-referenced matter and respectfully request that the Court retain jurisdiction to enforce the terms of the parties settlement agreement.

| | |
|---|---|
| Dated: August 11, 2023 | Dated: August 11, 2023 |
| /s/Rosendo A, Forns | /s/Seth B. Altman |
| Rosendo A. Forns, Esq. | Seth B. Altman, Esq. |
| Florida Bar No: 125391 | Florida Bar No: 118061 |
| Barket & Forns, PLLC | Marshall Dennehey Warner Coleman & Goggin |
| 5975 Sunset Drive, Suite 604 | 2400 E. Commercial Blvd., Suite. 1100 |
| Miami, FL 33143 | Fort Lauderdale, FL 33308 |
| Phone: (305) 895-9912 | Phone: (954) 847-4920 |
| Attorney for Plaintiff | Fax:    (954) 627-6640 |
| | Attorney for Defendant |

LEGAL/155439032.v1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 11, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I e-mailed or mailed the foregoing document and the notice of electronic filing to all counsel of record or pro se parties of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing as follows: Rosendo A. Forns, Esq., Barket & Forns, PLLC, 5975 Sunset Drive, Suite 604, Miami, FL 33143; RFservice@BF.legal; service@BF.legal

/s/ Seth B. Altman
Seth B. Altman