United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Arvey Properties LLC, Plaintiff, ) | |
| ) | |
| v.                                ) | Civil Action No. 22-23860-Civ-Scola |
| ) | |
| Scottsdale Insurance Company, ) | |
| Defendant.                       ) | |

### Order of Dismissal

The parties have dismissed this suit with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stip. for Dismissal, ECF No. 36.) The Court reserves jurisdiction to enforce the parties' settlement agreement. The Court directs the Clerk to **close** this case. All pending motions, if any, are **denied** as moot.

**Done and ordered** in Miami, Florida, on September 13, 2023.

_____
Robert N. Scola, Jr.
United States District Judge